JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE CERTIFICATION OF<br><br>LAW STUDENT<br>DONALD THOMAS FAGAN. | 3:23-ms-00011-MMD |

In accordance with LR IA 11-5, I certify that:

(a) I (and all of the Assistant United States Attorneys working in the United State Attorney's Office for the District of Nevada) have been admitted to practice before the highest court of a state for two years or longer and have been admitted to practice before this Court.

(b) I will supervise the work of DONALD THOMAS FAGAN and will require all Assistant United States Attorneys with whom he works to supervise him in any oral presentations before the Court and will ensure that all requirement of LR IA 11-5 are met.

(c) DONALD THOMAS FAGAN, currently enrolled as a law student at Boston College Law School, has knowledge of and is familiar with the Federal Rules of

/ / /

/ / /

/ / /

/ / /

Criminal Procedure, Civil Procedure, and Evidence, the Model Rules of Professional Conduct, and all other rules of this Court.

Respectfully submitted this 20th day of June, 2023.

JASON M. FRIERSON
United States Attorney

RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IN RE CERTIFICATION OF

LAW STUDENT
DONALD THOMAS FAGAN.

3:23-ms-00011-MMD

## ORDER

The Court has read and considered the application of DONALD THOMAS FAGAN to be certified as a law student intern under the supervision of the United States Attorney's Office of the District of Nevada, pursuant to LR IA 11-5 of the Local Rules of the United States District Court for the District of Nevada.

Upon consideration of the application, and for the reasons stated therein and good cause appearing:

IT IS HEREBY ORDERED that DONALD THOMAS FAGAN is admitted before this Court pursuant to LR IA 11-5.

DATED this __21st__ day of __June__, 2023.

_____
CHIEF JUDGE MIRANDA M. DU
UNITED STATES DISTRICT COURT